DISMISSED and Opinion Filed February 13, 2013.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01142-CV

## MICHAEL REEVES, Appellant
## V.
## THE STATE OF TEXAS, Appellee

On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-09485

## MEMORANDUM OPINION
Before Justices Moseley, Francis, and Lang
Opinion by Justice Moseley

By letter dated December 10, 2012, the Court questioned its jurisdiction over this appeal. Specifically, it appears the order appealed is not reviewable by direct appeal. The Court requested that appellant file, within ten days, a jurisdictional brief explaining how this Court has jurisdiction over the appeal with an opportunity for appellee to respond. As of today's date, appellant has not filed a jurisdictional brief.

A person who has been declared a vexatious litigant must seek permission to file a litigation. TEX. CIV. PRAC. & REM. CODE ANN. § 11.102(a) (West Supp. 2012). A decision by a local administrative judge denying a litigant permission to file a litigation is not grounds for appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.102(c) (West Supp. 2012). A vexatious

litigant who is denied permission to file a litigation may apply for a writ of mandamus within thirty days of the decision. *Id.*

Appellant has been declared a vexatious litigant. He appeals from the August 15, 2012 decision of the local administrative judge denying him permission to file a litigation. Such order is not grounds for appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

_____
JIM MOSELEY
JUSTICE

121142F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

MICHAEL REEVES, Appellant

No. 05-12-01142-CV      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 101st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-09485.
Opinion delivered by Justice Moseley,
Justices Francis and Lang, participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **DISMISSED**.

It is **ORDERED** that appellee, the State of Texas, recover its costs of the appeal from appellant, Michael Reeves.

Judgment entered this 13th day of February, 2013.

_____
JIM MOSELEY
JUSTICE